# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **PALMER-DONAVIN MANUFACTURING COMPANY,** : | |
| : | Case No. 2:14-CV-00091 |
| **Plaintiff,** : | |
| : | Judge George Smith |
| vs. : | |
| : | Magistrate Judge Elizabeth Deavers |
| **RHEEM SALES COMPANY, INC.,** : | |
| : | |
| **Defendant.** : | |

## ORDER GRANTING JOINT MOTION FOR DISMISSAL WITH PREJUDICE

Upon consideration of the Joint Motion for Dismissal with Prejudice filed by Plaintiff Palmer-Donavin Manufacturing Company and Defendant Rheem Sales Company, Inc. (collectively, the "Parties"), and for good cause shown, IT IS HEREBY ORDERED that the Parties' motion is granted.

This action is hereby dismissed in its entirety, WITH PREJUDICE, with each party bearing its own costs, expenses, and attorneys' fees. The Court shall retain jurisdiction to enforce the terms of the Parties' Settlement Agreement and the Agreed Protective Order entered in this action on May 29, 2015 [ECF No. 35].

IT IS SO ORDERED this   26th   day of   October  , 2015.

*s/ George C. Smith*
**GEORGE C. SMITH, JUDGE**
**UNITED STATES DISTRICT COURT**